**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TOMAS ANTONIO SANCHEZ,** <br><br> ***Petitioner*,** <br> **v.** <br><br> **WARDEN, ERO EL PASO CAMP EAST MONTANA,** *in their official capacity*; **DAVID J. VENTURELLA,** *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; **MARKWAYNE MULLIN,** *in his official capacity as Secretary of the U.S. Department of Homeland Security*; **PAMELA BONDI,** *in her official capacity as U.S. Attorney General*; **and DAREN MARGOLIN,** *Director for Executive Office for Immigration Review*, <br><br> ***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § | **EP-26-CV-00645-DCG** |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Pursuant to Petitioner Tomas Antonio Sanchez's "Notice of Voluntary Dismissal Without Prejudice" (ECF No. 10), the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 31st day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**